UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL EUGENE EVANS,<br><br>Defendant. | Case No. 20-cr-00004-VC-1<br><br>**ORDER TO FILE RESPONSE**<br><br>Re: Dkt. No. 10 |

The defendant is ordered to file a response to the government's appeal by 9:00 a.m. on Friday, April 17, 2020. The response should include details regarding the defendant's health condition and evidence to substantiate the defendant's allegations about its existence and severity. The response should also address whether, in the event the Court decides to extend the stay and hold a hearing, the defendant wishes to waive participation in that hearing.

**IT IS SO ORDERED.**

Dated: April 16, 2020

VINCE CHHABRIA
United States District Judge